In the Matter of the Claim of ROBERT E. ARMSTRONG, Respondent, v. AERO MAYFLOWER TRANSIT CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.